# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1463
Lower Tribunal No. 10-27754

_____

### William H. Hubbell,
Appellant,

vs.

### Victoria Martin,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Jay M. Levy, P.A. and Jay M. Levy, for appellant.

Elliot L. Miller, for appellee.

Before SUAREZ, C.J., and LAGOA and SCALES, JJ.

PER CURIAM.

We affirm the dismissal of the matter below but, pursuant to the parties' agreement, we remand solely for the trial court to strike the term "with prejudice" from the order of dismissal.

Affirmed, remand with instructions.